**Leslie WRIGHT, Plaintiff–Appellant,**

v.

**NORTH CAROLINA STATE UNIVERSITY, Defendant–Appellee.**

No. 00–2276.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 23, 2001.

Leslie Wright, pro se. Thomas Oregon Lawton, III, Associate Attorney General, Raleigh, NC, for appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Leslie Wright appeals the district court's order granting the Defendant's motion for summary judgment in her retaliatory discharge action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Wright v. North Carolina State University*, No. CA–99–870–5–BR (E.D.N.C. Sept. 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*